**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1058-18T2

STATE OF NEW JERSEY,

    Plaintiff-Appellant,

v.

LATESHA SAMPSON,

    Defendant-Respondent.

_____

Submitted May 30, 2019 – Decided June 12, 2019

Before Judges Alvarez and Reisner.

On appeal from Superior Court of New Jersey, Law Division, Middlesex County, Indictment No. 18-08-1259.

Andrew C. Carey, Middlesex County Prosecutor, attorney for appellant (Joie D. Piderit, Assistant Prosecutor, of counsel and on the brief).

Leon Matchin, attorney for respondent.

PER CURIAM

The State appeals from an order dated October 22, 2018, admitting defendant to the Pretrial Intervention Program over the objection of the prosecutor. After reviewing the record de novo, we affirm for the reasons stated by the trial judge in his thorough written opinion issued with the order.

Affirmed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1058-18T2